United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

SHIT-FONG LO,

    Defendant.

Case No. 20-cv-06096-PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's motion for default judgment against defendant Shit-Fong Lo, in his or her individual and representative capacity as trustee of the Chi Chiu Lo Trust Dated April 18, 1986. Dkt. 17. Any date for hearing on this motion previously noticed on the undersigned's calendar is **VACATED**.

The parties will be advised of the date, time, place, and/or method of any appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: May 25, 2021

                                      /s/ Phyllis J. Hamilton
                                      PHYLLIS J. HAMILTON
                                      United States District Judge