UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHIT-FONG LO,<br><br>　　　　Defendant. | Case No.  20-cv-06096-PJH<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 19 |

　　The court has reviewed Magistrate Judge Alex G. Tse's Report and Recommendation Re: Plaintiff's Motion for Default Judgment.  Plaintiffs timely served the report and recommendation on defendant (Dkt. 20), and defendant failed to file any objection to the report.  The court finds the report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly, the motion is GRANTED.

**IT IS SO ORDERED.**

Dated: November 10, 2021

　　　　　　　　　　　　　　　　　　　/s/ Phyllis J. Hamilton　　　　　
　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　United States District Judge