UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

    v.

SHIT-FONG LO,

        Defendant.

Case No. 20-cv-06096-PJH

**JUDGMENT**

    The issues having been duly heard and the court having granted plaintiff's motion for default judgment,

    it is Ordered and Adjudged

    that judgment is hereby entered in favor of plaintiff and against defendant.

    The court ORDERS judgment for plaintiff in the amount of $6,311.50 (consisting of $4,000 in statutory damages, $1,466.50 in attorneys' fees, and $845 in costs).  The court ORDERS that defendant satisfy payment of this judgment within 90 days unless the parties stipulate to another deadline.  Further, the court ORDERS defendant to provide a wheelchair-accessible parking space that is in compliance with the Americans with Disabilities Act Accessibility Guidelines at Lucretia Plaza, located at 1130 Lucretia Avenue, San Jose, California, within 180 days.

    **IT IS SO ORDERED.**

Dated: November 10, 2021

                                /s/ Phyllis J. Hamilton_____
                              PHYLLIS J. HAMILTON
                              United States District Judge